JS-6

1
2
3
4
5
6
7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL GARCIA, | Case No. 2:25-cv-05259-AB (SKx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CIVIL ACTION** |
| AV AUTO COLLISION CENTER, INC.; RITA G. WUKMIR, AS TRUSTEE OF THE WUKMIR TRUST; and DOES 1 to 10, | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 26, 2025          _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1